No. 96–560. BARRICK *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–781. CARTER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–969. TEXAS INSTRUMENTS INC. *v.* CYPRESS SEMICONDUCTOR CORP. ET AL. C. A. Fed. Cir. Certiorari denied.

No. 96–979. NIKOLITS, PROPERTY APPRAISER OF PALM BEACH COUNTY *v.* PARRISH ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–1240. LEAHY ET AL. *v.* CITY OF CHICAGO. C. A. 7th Cir. Certiorari denied.

No. 96–1260. HOLT *v.* KMI-CONTINENTAL, INC. C. A. 2d Cir. Certiorari denied.

No. 96–1268. CITY AND COUNTY OF DENVER, COLORADO *v.* SONNENFELD ET AL. C. A. 10th Cir. Certiorari denied.

No. 96–1275. CALIFORNIA *v.* OPUKU-BOATENG. C. A. 9th Cir. Certiorari denied.

No. 96–1276. BRADLEY ET AL. *v.* FIRST GIBRALTAR BANK, FSB, ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–1287. IMPARATO *v.* FEDERAL ENERGY REGULATORY COMMISSION ET AL. C. A. Fed. Cir. Certiorari denied.

No. 96–1318. OCALA STAR-BANNER CORP. ET AL. *v.* MCNELY. C. A. 11th Cir. Certiorari denied.

No. 96–1328. ROBINSON *v.* GLOBAL MARINE DRILLING CO. C. A. 5th Cir. Certiorari denied.